UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | FILED: AUGUST 4, 2008 |
| | ) | | 08CV4397 |
| | ) | | JUDGE GRADY |
| v. | ) | | MAGISTRATE JUDGE DENLOW |
| | ) | Judge | |
| FUNDS IN THE AMOUNT OF | ) | | JFB |
| NINETY THOUSAND EIGHT | ) | | |
| HUNDRED AND FIFTY | ) | | |
| NINE DOLLARS ($90,859), | ) | | |
| | ) | | |
| Defendant. | ) | | |

**VERIFIED COMPLAINT FOR FORFEITURE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for its verified complaint against the above-named defendant property alleges in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure as follows:

1. This complaint for forfeiture is verified by the attached affidavit of Task Force Officer Sam Ayyad of the Drug Enforcement Administration ("DEA"), which is fully incorporated herein.

**Jurisdiction and Venue**

2. This is an *in rem* forfeiture action brought pursuant to Title 21, United States Code, Section 881(a)(6), for forfeiture of funds in the amount of ninety thousand eight hundred and fifty-nine dollars ($90,859) which funds were furnished and intended to be furnished in exchange for a controlled substance, are the proceeds from the sale of a controlled substance, and were monies used and intended to be used to facilitate narcotics trafficking, in violation of 21 U.S.C. § 801, *et seq*.

This court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

3. This court has *in rem* jurisdiction over the defendant property pursuant to Title 28, United States Code, Sections 1355(b)(1)(A) and (d), as certain of the acts giving rise to the forfeiture occurred within the Northern District of Illinois.

4. Venue is proper under 28 U.S.C. § 1395 because the defendant property was seized within the Northern District of Illinois or will be brought to the Northern District of Illinois and shall remain herein during the pendency of this action.

## Specific Allegations

5. On March 11, 2008, the DEA received information from a confidential source ("CS") pertaining to a drug trafficking organization led by Individual A believed to be a major distributor of cocaine in the Indianapolis, Indiana area. The CS met with Individual A in the vicinity of 63rd Street and Kedzie in Chicago to discuss the purchase of 10 kilograms of cocaine. Individual A wanted to purchase 10 kilograms of cocaine from the CS for $20,000 per kilogram.

5. On March 14, 2008, Individual A contacted the CS to buy just 5 kilograms of cocaine. Individual A advised that he did not have all of the payment so he wanted the CS to front the cocaine and receive payment upon the sale.

6. At approximately 5:17 pm, Individual A arrived in a white pick up truck at a restaurant in Palos Hills, Illinois. The CS met Individual A and his two passengers and all entered the restaurant.

7. At approximately 5:55 p.m., the CS, Individual A and one of his companions exited the restaurant and approached the white pick where Individual A and the CS looked into the back seat of the truck. The CS then gave the predetermined arrest signal and the three individuals were

2

arrested. A search of the vehicle revealed a black briefcase containing a large amount of currency and a ledger that was believed to reflect narcotic transactions.

8. Palos Hills Police Canine Officer Thomas Wyma ("OfficerWyma") responded with his canine "Zeus" and conducted a narcotic odor investigation on the vehicle. Officer Wyma advised "Zeus" gave a positive alert for the presumptive presence of narcotic odor emitting from the vehicle and when place inside the vehicle "Zeus" alerted positive to the black briefcase that had been placed inside the vehicle.

9. The currency denominations for the seized currency are as follows: 39 one dollar bills totaling thirty-nine dollars ($39.00); 96 five dollar bills totaling four hundred and eighty dollars ($480.00); 246 ten dollar bills totaling two thousand four hundred and sixty dollars ($2,460.00); 1,819 twenty dollar bills totaling thirty six thousand three hundred and eighty dollars ($36,380.00); 66 fifty dollar bills totaling three thousand three hundred dollars ($3,300); and 482 one hundred dollars bills totaling forty eight thousand two hundred dollars ($48,200), for a total of funds in the amount of ninety thousand eight hundred and fifty-nine dollars ($90,859) in United States currency.

10. For the reasons stated herein and in the attached affidavit, there is probable cause to believe that funds in the amount of ninety thousand eight hundred and fifty-nine dollars ($90,859) were furnished and intended to be furnished in exchange for a controlled substance, are the proceeds from the sale of a controlled substance, and were used or intended to be used to facilitate a violation of the Controlled substances Act, 21 U.S.C. § 801, *et seq*., and are therefore subject to forfeiture and condemnation pursuant to 21 U.S.C. § 881 (a)(6).

WHEREFORE, the United States of America requests:

A.	That the defendant property be proceeded against for forfeiture and condemnation, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed;

B.	That the court adjudge and decree that the defendant property be forfeit to the United States and disposed of according to law; and

C.	The United States requests that any trial be before a jury.


Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Marsha A. McClellan
    MARSHA A. MCCLELLAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300

FILED: AUGUST 4, 2008
08CV4397
JUDGE GRADY
MAGISTRATE JUDGE DENLOW

JFB

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT

Sam Ayyad, being duly sworn on oath, deposes and states as follows:

1. I am a Task Force Officer with the Drug Enforcement Administration and have been so employed for approximately 6 years. My duties and responsibilities as a Task Force Officer with DEA involves investigation of alleged violations of the controlled Substances Act, Title 21 of the United States Code.

2. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents, and it does not include each and every fact known to me concerning this investigation but is submitted for the limited purpose of establishing a basis to believe the property identified is subject to forfeiture.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
SAM AYYAD
Task Force Officer
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me
this 4th day of August 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11