# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

MHN

| | |
|---|---|
| **PLAINTIFF** <br> UNITED STATES OF AMERICA | **COURT CASE NUMBER** <br> 08 C 4397 |
| **DEFENDANT** <br> FUNDS IN THE AMOUNT OF $90,859 <br> 08 AUG 13 AM 8:5\_ | **TYPE OF PROCESS** <br> PUBLICATION |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| UNITED STATES MARSHAL SERVICE |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| 219 SOUTH DEARBORN, ROOM 2444, CHICAGO, ILLINOIS 60604 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| PATRICK J. FITZGERALD, UNITED STATES ATTORNEY <br> UNITED STATES ATTORNEY'S OFFICE <br> 219 SOUTH DEARBORN, ROOM 500 <br> CHICAGO, ILLINOIS 60604 <br> ATTENTION: MARSHA A. McCLELLAN, AUSA | Number of process to be served with this form - 285 <br><br> Number of parties to be served in this case <br><br> Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION ONCE. NEA 4G7060    Prepared by: B. Robertson

Signature of Attorney or other Originator requesting service on behalf of:
MARSHA A. McCLELLAN, AUSA    ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (312) 353-5300
DATE: 8/11/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: August 14, 08
Time: 11:00 am

Signature of U.S. Marshal or Deputy: James W. Nevitt

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:
①

FILED
8-26-2008
AUG 26 2008  YM

Published in Tribune August 14, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    Form USM-285 Rev. 12/15/80

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (1) times(s) and on the following dates:

**Starting 08/14/08 and Ending 08/14/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 14TH day of August, 2008.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

1139449

NOTICE OF
FORFEITURE ACTION

On August 4, 2008, the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against funds in the amount of $90,859, pursuant to Title 21, United States Code, Section 881 and an Arrest Warrant In Rem was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to Gerardo Aguilar and his attorney R. Lee Money on August 11, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case U.S. v. Funds in the Amount of Ninety Thousand Eight Hundred and Fifty-Nine dollars, ($90,859), 08 C 4397, (ND of Il.) by September 15, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Marsha A. McClellan at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

Please check www.forfeiture.gov for a listing of all judicial notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

DATED: August 11, 2008